IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JOHN DOE and JANE DOE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO. _____ |
| v. | ) | |
| | ) | |
| THE SAVIN CENTER, P.C., LISA M. DONOFRIO, M.D., individually, and BIOFORM MEDICAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION TO FILE COMPLAINT USING PSEUDONYMS

The plaintiffs in the above-captioned matter respectfully request that they be permitted to file their Complaint using pseudonyms. The plaintiffs offer the following in support of their request:

1. In *Sealed Plaintiff v. Sealed Defendant #1*, the Second Circuit set forth the standard for permitting the use of pseudonyms in civil matters. *Sealed Plaintiff v. Sealed Defendant #1*, 537 F.3d 185, 188-191 (2d Cir. 2008). The use of a pseudonym is appropriate if the plaintiff's interest in anonymity outweighs the public interest in disclosure and the prejudice to the defendant. *Id.* at 189.

2. In this case, the plaintiffs' interest in anonymity outweighs the public interest in disclosure and any prejudice to the defendants.

3. The plaintiffs have a strong interest in anonymity because this case involves highly sensitive and personal medical information. Specifically, at issue is the ownership and improper use of numerous materials that document and advertise cosmetic procedures, including

facial fat transfers, lipoaugmentation, and Botox and Restylane injections, which Jane Doe received over a six year period. Given the sensitive and personal nature of the procedures, revealing the actual identities of the plaintiffs would result in unnecessary embarrassment and the unnecessary disclosure of personal and confidential medical information.

4. The public has no discernible interest in the plaintiffs' identities. In fact, the general public would likely support the use of pseudonyms in this case.

5. Finally, the use of pseudonyms would have absolutely no prejudicial effect. The defendants know the plaintiffs' identities and have all the information needed to adequately defend against this action.

For the foregoing reasons, the plaintiffs' interest in anonymity outweighs the public interest in disclosure and the prejudice to the defendants. Therefore, the use of pseudonyms is appropriate.

Respectfully submitted,

**THE PLAINTIFFS
JOHN DOE & JANE DOE**

s/ *HK*

Hugh F. Keefe
Federal Bar No. ct05106
Benjamin D. Gettinger
Federal Bar No. ct27194
Lynch Traub Keefe & Errante
52 Trumbull Street
New Haven, CT 06510
203-787-0275 (phone)
203-782-0278 (fax)
HKeefe@LTKE.com
BGettinger@LTKE.com
*Attorneys for Plaintiffs*